**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 12-80228 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Paul Vallone – #168395

_____/

    Because Paul Vallone has failed to respond to the order to show cause, Mr. Vallone's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: October 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE